IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID DEWAYNE OLIVER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv59-MHT |
| | ) | (WO) |
| KAY IVEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a federal prisoner, filed this lawsuit complaining of unconstitutional conditions of confinement in the Alabama prison system. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed without prejudice for failure to comply with court orders and to prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2020.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**